IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



VERNELL L. DOLBERRY, JR.,

    Petitioner,

v.                                   Civil Action No. 3:19CV17–HEH

COMMONWEALTH OF VIRGINIA,

    Respondent.

## MEMORANDUM OPINION
### (Dismissing Habeas Petition Without Prejudice)

Petitioner, a prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus. On February 22, 2019, the United States Postal Service returned a February 14, 2019 Memorandum Order to the Court marked, "NO LONGER AT THIS ADDRESS" because Petitioner apparently has relocated. Since that date Petitioner has not provided the Court with a current address. Petitioner apparently lacks an interest in prosecuting this action. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

                                                     /s/
                                    Henry E. Hudson

Date: March 18 2019            Senior United States District Judge
Richmond, Virginia